IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 7:18-CR-59 (WLS) |
| v. | : |
| | : |
| YESIKA DEL CARMEN VIVENES LINARES, a/k/a ANA CARTARINA GONCALVES ALVES, | : |
| | : |
| Defendant | : |

## ORDER

Upon the motion of the government, and for the reasons stated in the government's motion the pending indictment and case are hereby DISMISSED.

SO ORDERED this 28th day of March, 2023.

_____
W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov